SRM

**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Marques D. Cuspard,** Plaintiff -vs- **Joseph Arpaio,** Defendant(s) | CV-05-3590-PHX-DGC (JI) **ORDER** |

Pursuant to an Order filed November 16, 2005 (#4), the Clerk of the Court sent Plaintiff a packet to effect service of the Complaint. Plaintiff has not submitted correctly completed packets. On January 11, 2006, Magistrate Judge Irwin entered an Order (#5) giving Plaintiff ten days to either: (1) return properly completed service packets or (2) show good cause why he has failed to do so. Plaintiff did not respond, and Plaintiff's copy of the Order was returned undeliverable, reflecting that Plaintiff had been released (#6). Plaintiff has not filed a notice of change of address, and the Clerk of the Court has been unable to find an alternate address.

On February 17, 2006, Magistrate Judge Irwin entered an Order (#7) giving Plaintiff ten days to either: (1) return properly completed service packets and file a notice of change of address or (2) show good cause why he has failed to do so. Plaintiff has not responded, and Plaintiff's copy of the Order has been returned undeliverable (#8).

**IT IS THEREFORE ORDERED** that the Plaintiff's Complaint (#1) and this action are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The Clerk of the Court shall enter judgment accordingly.

DATED this 14th day of March, 2006.

_____
David G. Campbell
United States District Judge